UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OMNI LLC, a Delaware limited liability company,

    Plaintiff,

vs.                                        CASE NO.: 3:21-cv-01255-HES-PDB

AMELIA ISLAND PLANTATION
COMMUNITY ASSOCIATION, INC., a Florida
not-for-profit corporation,

    Defendant.

_____/

**AMENDED NOTICE OF LIS PENDENS**

**TO:** Defendant, AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC, ("AIPCA"), 5542 First Coast Highway Suite 400 Fernandina Beach, FL, 32034, and to all other known or unknown individuals and/or entities, and all other whom it may concern or having an interest in and/or residing on the property more properly described below.

**YOU ARE NOTIFIED THAT ON DECEMBER 17, 2021**:

    (a)    Plaintiff, OMNI LLC, a Delaware limited liability company ("OMNI"), has instituted this action as set forth above against Defendant, AIPCA, for breach of the Class "A" Covenants contained in that certain Declaration of Rights, Restrictions, Affirmative Obligations, Conditions, Etc. – Class "A" Covenants, April 3, 1972 for Single Family Detached and Patio Dwelling Areas recorded on April 3, 1972 in Book 122, Page 338, and amended by that certain Amendment to Declaration of Rights, Restrictions, Affirmative Obligations, Conditions, Etc. – Class "A" Covenants, April 3, 1972 for Single Family Detached and Patio Dwelling Areas dated July 10, 1973, recorded in Book 149, Page 89, as further amended by that certain Amendment to Declaration of Rights, Restrictions, Affirmative Obligations, Conditions, Etc. – Class "A" Covenants, April 3, 1972 for Single Family Detached and Patio Dwelling Areas recorded September 19, 1973, recorded in Book 153, Page 204, and as further amended by that certain Second Amendment to Declaration of Rights, Restrictions, Affirmative Obligations, Conditions, Etc. – Class "A" Covenants, April 3, 1972 for Single Family Detached and Patio Dwelling Areas recorded on June 26, 1974 in Book 174, Page 108, all of the Official Records of Nassau County, Florida, as further amended, modified, supplemented and restated from time to time (collectively, the "Class A Covenants") concerning the real property described therein.

(b) Plaintiff, OMNI, has instituted this action as set forth above against Defendant, AIPCA, for breach of the Class "B" Covenants contained in that certain Declaration of Rights, Restrictions, Conditions, ETC., recorded on May 12, 1972 in Book 124, Page 230, as affected by that certain Warranty Deed recorded on March 14, 1974 in Book 166, Page 29, as amended by that certain Amendment to Declaration of Rights, Restrictions, Conditions, Etc., recorded on July 12, 1975 in Book 149, Page 87, as further amended by that certain Second Amendment to Declaration of Rights, Restrictions, Conditions, Etc., Which Constitutes Covenants Running with Certain Lands of The Amelia Island Company – Class "B" Covenants, April 24, 1972, for Townhouses and Multi-Family Buildings, recorded on June 6, 1974 in Book 174, Page 107, all of the Official Records of Nassau County, Florida, as further amended, modified, supplemented and restated from time to time (collectively, the "Class B Covenants") concerning the real property described therein.

(c) Plaintiff, OMNI, has instituted this action as set forth above against Defendant, AIPCA, for breach of the covenants contained in that certain Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the Amelia Island Plantation Community Association, Inc. recorded on April 15, 1972 in Book 123, Page 22, and re-recorded on May 12, 1972 in Book 124, Page 200, as amended and restated by that certain Amendment by Restatement of the Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the Amelia Island Plantation Community Association, Inc. recorded on August 20, 1974 in Book 178, Page 249, as amended by that certain Amendment to the Amendment by Restatement of the Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the Amelia Island Plantation Community Association, Inc. recorded on July 31, 1975, in Book 200, Page 197, as further amended by that certain Amendment to the Amendment by Restatement of the Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the Amelia Island Plantation Community Association, Inc. recorded on August 25, 1976, in Book 223, Page 699, as further amended by that certain Amendment to the Amendment by Restatement of the Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the Amelia Island Plantation Community Association, Inc. recorded on November 10, 1977, in Book 252, Page 140, as further amended by that certain Amendment to the Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the Amelia Island Plantation Community Association, Inc. recorded on June 18, 1979, in Book 293, Page 596, as supplemented and restated by that certain Supplementary Restated Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida (Dunes Club) recorded on August 7, 1985, in Book 463, Page 663, as further supplemented and restated by that certain Supplementary Restated Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida (Plantation Park) recorded on January 16, 1997, in Book 782, Page 432 and re-recorded on October 20, 1997, in Book 810, Page 407, as further amended by that certain Amendment to Covenants and Restrictions to Impose Assessment on Amelia Island Company recorded on December 18, 1997, in Book 817, Page 625, as further supplemented and restated by that certain Supplementary Restated Declaration of Class A Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida (Ocean Club Drive) recorded on September 16, 1998, in Book 848, Page 1642, as further amended by that certain Amendment to the Amendment by Restatement of the Declaration of Covenants and Restrictions for Amelia Island Plantation, Nassau County, Florida and Provisions for the

Amelia Island Plantation Community Association, Inc. recorded on April 28, 2006, in Book 1407, Page 1770, all of the Official Records of Nassau County, Florida, as further amended, modified, supplemented and restated from time to time (collectively, the "AIPCA Covenants") concerning the real property described therein.

(d) On September 17, 2010, pursuant to that certain Assignment of Developer's Rights recorded on September 23, 2010, at Book 1700, Page 1337 in the Official Records of Nassau County, Florida (the "Assignment"), Amelia Island Company, a Delaware corporation, assigned to Omni Amelia Island, LLC, a Delaware limited liability company, developer's rights and declarant's rights, including powers, privileges, authorities, reservations, and interests to the property described *supra* in paragraphs (a), (b) and (c). **See Exhibit A.**

(e) The Assignment legally gave Plaintiff, OMNI, rights that Plaintiff is violating, including but not limited to, the right to prevent changes to the AIPCA Covenants, including the Class A Covenants and Class B Covenants if those changes impair Plaintiff Omni's rights. Those rights include but are not limited to a Right of First Refusal in favor of OMNI to the real property described *supra* in paragraphs (a), (b) and (c) and as set out in Class "A" Covenants, Part I, ¶ 11 and Class "B" Covenants, Part II, ¶ 9 of the Declaration of Rights, Restrictions, Conditions.

(f) The Plaintiff in this action is OMNI, LLC, a Delaware limited liability company, and the Defendant is AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC., a Florida not-for-profit corporation;

(g) This action is pending in the United States District Court, Middle District of Florida, in the Jacksonville Division, and the case number of the action is as shown in the caption;

(h) The date of the institution of this action is December 17, 2021; and

(i) The property that is the subject matter of this action is in Nassau County, Florida and is described in the Class A Covenants, the Class B Covenants, the AIPCA Covenants, and all of which relate to the real property described on **Exhibit B** attached hereto (the "Real Property").

Dated: December 20, 2021.                          AKERMAN LLP

                                                                By: */s/ Cindy A. Laquidara.*
                                                                 Cindy A. Laquidara, Esq.
                                                                 Fla. Bar No. 394246
                                                                 50 N. Laura Street, Suite 3100
                                                                 Jacksonville, FL 32202
                                                                 Tel: (904) 798-3700
                                                                 Fax: (904) 798-3730
                                                                Cindy.laquidara@akerman.com
                                                                Howard Jay Harrington, Esq.
                                                                 Fla. Bar No. 0118719

50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
Tel: (904) 598-8617
Fax: (904) 798-3730
Jay.harrington@akerman.com

*Attorneys for OMNI, LLC.*

4

## **Exhibit A**

Assignment

61347638;8

## ASSIGNMENT OF DEVELOPER'S RIGHTS

This Assignment of Developer's Rights ("*Assignment*"), effective as of the 17th day of September, 2010, is entered into by **Amelia Island Company**, a Delaware corporation ("*Assignor*") in favor of **Omni Amelia Island, LLC**, a Delaware limited liability company ("*Assignee*").

### WITNESSETH

Assignor hereby transfers, sells and assigns to Assignee, its successors and assigns, all of Assignor's rights, powers, privileges, authorities, reservations and interest, including but not limited to developer's rights and declarant's rights, as may be applicable, created pursuant to any documents, including but not limited to declarations, covenants and easements, development rights or approvals, permits, entitlements, licenses, or other approvals or rights that affect and/or relate to the property described in (i) that certain Special Warranty Deed executed by Assignor in favor of Assignee concurrently herewith and recorded in Official Records Book 1700, page 1211 of the public records of Nassau County, Florida and (ii) that certain Quit Claim Deed, executed by Assignor in favor of Assignee concurrently herewith and recorded in Official Records Book 1700, page 1322 of the public records of Nassau County, Florida.

*Remainder of Page Intentionally Left Blank. Signature Page to Follow.*

JACK_1866005.2

-1-

R # 201025673 Book 1700, Page 1338   Page Number: 2 of 2

IN WITNESS WHEREOF, Assignor has executed this Assignment as of the date and year first above set forth.

Signed, sealed and delivered
in the presence of:

Name: Jenna White

Name: TANIA J. STRINGFELLOW

"Assignor"

**Amelia Island Company**, a Delaware corporation

By: _____
Name: Jack B. Healan, Jr.
Its: President

6

61347638;8

## **Exhibit B**

Real Property

All of that real property known as "Amelia Island Plantation" located on Amelia Island in Nassau County, Florida and nearby areas which are part of the Amelia Island Plantation as described on the Amelia Island Company's Master Development Plan, as revised from time to time, including all lands that were subject to the Class A Covenants, the Class B Covenants, and the AIPCA Covenants as described in Paragraph (a), Paragraph (b) and Paragraph (c) of the above-referenced Amended Notice of Lis Pendens (collectively, the "Covenants") that was subjected to the Covenants as applicable pursuant to any deeds or other instruments from Amelia Island Company or its successors or assigns, referencing said Covenants or otherwise incorporating the same by reference.

61347638;8