UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

OMNI AMELIA ISLAND, LLC,

    Plaintiff,

                                        CASE NO.: 3:21-cv-01255

v.

AMELIA ISLAND PLANTATION
COMMUNITY ASSOCIATION, INC.,

    Defendant

_____/

## DEFENDANT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Natalie E. Fina, Esq. of COLE, SCOTT, KISSANE, P.A. hereby gives notice of their appearance of additional counsel on behalf of Defendant, AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC., and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

**COLE, SCOTT, KISSANE, P.A.**
4190 BELFORT ROAD, SUITE 300
JACKSONVILLE, FLORIDA 32216-1461, - (904) 672-4100 (904) 672-4050 FAX

CASE NO.: 3:21-cv-01255-HES-PDB

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC.*
> Cole, Scott & Kissane Building
> 4686 Sunbeam Road
> Jacksonville, Florida 32257
> Telephone (904) 672-4099
> Facsimile (904) 672-4050
> Primary e-mail:
> natalie.fina@csklegal.com
> Secondary e-mail:
> kimberly.dodgen@csklegal.com;
> alexandra.ristevski@csklegal.com
>
> By: s/ Natalie E. Fina
> NATALIE E. FINA, ESQ.
> Florida Bar No.: 119146

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2022, a true and correct copy of the foregoing was served by e-mail message to the following parties registered with the e-Filing Portal system: Cindy A. Laquidara, Esq., Lead Counsel, Howard J. Harrington, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, Florida 32202 and filed with the Court's CM/ECF filing system.

CASE NO.: 3:21-cv-01255-HES-PDB

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC.*
Cole, Scott & Kissane Building
4686 Sunbeam Road
Jacksonville, Florida 32257
Telephone (904) 672-4099
Facsimile (904) 672-4050
Primary e-mail:
natalie.fina@csklegal.com
Secondary e-mail:
kimberly.dodgen@csklegal.com;
alexandra.ristevski@csklegal.com


By:   s/ Natalie E. Fina
      NATALIE E. FINA, ESQ.
      Florida Bar No.: 119146