UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CIVIL DIVISION

OMNI AMELIA ISLAND, LLC,

    Plaintiff,

CASE NO.: 3:21-cv-01255

v.

AMELIA ISLAND PLANTATION
COMMUNITY ASSOCIATION, INC.,

    Defendant

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR STATUS CONFERENCE

Defendant, AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC. ("AIPCA"), by and through its undersigned counsel, and without opposition from Plaintiff, OMNI AMELIA ISLAND, LLC ("Omni") requests a status conference in light of the following and to address the matters discussed in substance below:

1.    The lawsuit brought by Omni seeks a declaration from the Court pertaining to amendments of the Class A and Class B Covenants which are part of the governing documents controlling properties within the Amelia Island Plantation ("AIP"). In addition to the lawsuit, Omni filed and recorded *lis pendens* pertaining to the lawsuit as applied to all properties within AIPCA.

CASE NO.: 3:21-cv-01255

2. In response to the lawsuit, AIPCA filed a Motion to Dismiss Complaint [Doc12.] and a Motion to Dissolve or Discharge Lis Pendens and All Amendments Filed by Plaintiff or Alternatively to Require Plaintiff to Post a Bond [Doc. 13] on or about January 18, 2022.

3. Omni filed its Response in Opposition to Defendant's Motion to Dismiss Complaint and Incorporated Memorandum of Law [Doc. 18] and Response in Opposition to Defendant's Motion to Dissolve or Discharge Lis Pendens and Incorporated Memorandum of Law [Doc. 19] on or about February 11, 2022.

4. The parties jointly submitted their Uniform Case Management Report [Doc. 20] on February 22, 2022.

5. AIPCA would respectfully seek a status conference to discuss with the Court the pending motions in light of the ensuing procedural undertakings in the case, namely discovery, relative to the substance supporting the basis for the challenges to the lawsuit and the *lis pendens* filed by AIPCA.

WHEREFORE, Defendant, AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC. respectfully requests a status conference to address the pending matters before the court and for such further and other relief as may be just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

CASE NO.: 3:21-cv-01255

The undersigned hereby certifies that the undersigned has conferred with counsel for Plaintiff by telephone on March 4 and March 7 by email, and that this motion is not opposed.

>COLE, SCOTT & KISSANE, P.A.
>*Counsel for Defendant AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC.*
>Cole, Scott & Kissane Building
>4190 Belfort Road, Suite 300
>Jacksonville, Florida 32216
>Telephone (904) 672-4099
>Facsimile (904) 672-4050
>Primary e-mail: trevor.hawes@csklegal.com
>Secondary e-mail: kimberly.dodgen@csklegal.com; katelyn.morgan@csklegal.com
>
>By: s/ Trevor G. Hawes
>Trevor G. Hawes, Esq.
>Florida Bar No.: 521531

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2022, a true and correct copy of the foregoing was served by e-mail message to the following parties registered with the e-Filing Portal system: Cindy A. Laquidara, Esq., Lead Counsel, Howard J. Harrington, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, Florida 32202 and filed with the Court's CM/ECF filing system.

CASE NO.: 3:21-cv-01255

>COLE, SCOTT & KISSANE, P.A.
>*Counsel for Defendant AMELIA ISLAND PLANTATION COMMUNITY ASSOCIATION, INC.*
>Cole, Scott & Kissane Building
>4190 Belfort Road, Suite 300
>Jacksonville, Florida 32216
>Telephone (904) 672-4099
>Facsimile (904) 672-4050
>Primary e-mail: trevor.hawes@csklegal.com
>Secondary e-mail: kimberly.dodgen@csklegal.com; katelyn.morgan@csklegal.com
>
>By: s/ Trevor G. Hawes
>     Trevor G. Hawes, Esq.
>     Florida Bar No.: 521531